IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. EVANS,
    Plaintiff,

vs.                                                           Case No. 3:09cv215/RV/EMT

STATE OF FLORIDA,
    Defendant.
_____/

**O R D E R**

This cause is before the court on Plaintiff's notice of removal filed pursuant to 28 U.S.C. § 1441, 1443, or 1446 (Doc. 1). The court notes that Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. Before this matter may proceed, Plaintiff must either pay the fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed motion and attachments.

Accordingly, it is **ORDERED**:

1.    The clerk shall send Plaintiff a motion to proceed in forma pauperis for use by non-prisoners in pro se actions. This case number should be written on the forms.

2.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the filing fee of $350.00, or (2) submit a fully completed motion to proceed in forma pauperis.

3.    Plaintiff's failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 22nd day of May 2009.

                                                     /s/ *Elizabeth M. Timothy*
                                                     **ELIZABETH M. TIMOTHY**
                                                     **UNITED STATES MAGISTRATE JUDGE**