IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. EVANS,
      Plaintiff,

vs.                                  Case No. 3:09cv215/RV/EMT

STATE OF FLORIDA,
      Defendant.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2009 (Doc. 12).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.      Plaintiff's notice of removal (Doc. 1) is **DENIED** as frivolous and this case is **REMANDED** back to the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida.

      **DONE AND ORDERED** this  13th  day of  July  2009.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**